UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY ___ D.C.
00 MAR -7 PM 2:50
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CRC PRESS, LLC,

Plaintiff,

v.

WOLFRAM RESEARCH, INC., STEPHEN WOLFRAM and ERIC WEISSTEIN,

Defendants.

CASE NO:

CIV-GRAHAM

MAGISTRATE JUDGE
TURNOFF

## COMPLAINT

Plaintiff, CRC Press, LLC, by its attorneys, Adorno & Zeder, P.A. and Moses & Singer LLP, alleges:

1. This is an action for infringement of plaintiff's copyright in the book CRC Concise Encyclopedia of Mathematics (the "Concise Encyclopedia"), contributory copyright infringement, vicarious copyright infringement, breach of contract and tortious interference with contractual relations.

## THE PARTIES

2. Plaintiff, CRC Press, LLC ("CRC"), is a book publisher organized in the State of Delaware, having its principal place of business at 2000 Corporate Blvd., NW, Boca Raton, Florida.

3. Upon information and belief, defendant Wolfram Research, Inc. ("WRI"), is a technical software company incorporated in the State of Illinois, which has its principal place of business in Champaign, Illinois. WRI operates, conducts, engages in and carries on a business in the State of Florida and has committed a tortious act within the State of Florida.

4. Upon information and belief, Stephen Wolfram ("Wolfram") is a resident of the State of Illinois and is the President and CEO of WRI. Wolfram operates, conducts, engages in and carries on a business in the State of Florida and has committed a tortious act within the State of Florida.

5. Upon information and belief, defendant Eric Weisstein ("Weisstein") is a resident of the State of Illinois and an employee of WRI. Weisstein operates, conducts, engages in and carries on a business in the State of Florida, has committed a tortious act within the State of Florida and has consented to suit in this District on the claims made herein.

**JURISDICTION AND VENUE**

6. This action arises, *inter alia*, under the Copyright Act of 1976, as amended. 17 U.S.C. §§ 101 *et seq*. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a). Jurisdiction is also predicated on 28 U.S.C. § 1332(a)(1) as complete diversity of citizenship exists between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. Venue lies in this District pursuant to 28 U.S.C. §1391(b), 1400(a) and the consent of Weisstein.

**THE FACTS**

8. In December of 1998, CRC published the Concise Encyclopedia. The Concise Encyclopedia is an original work of authorship consisting of a 1969-page book, with numerous illustrations, which provides information on thousands of mathematical terms, figures and equations selected and arranged by its author.

9. CRC owns the copyright in the Concise Encyclopedia. CRC registered the copyright in the Concise Encyclopedia on January 13, 1999, U.S. Copyright registration no. TX 4-923-040, a copy of which attached hereto as Exhibit "A".


ADORNO & ZEDER, P.A.
2601 SOUTH BAYSHORE DRIVE • SUITE 1600 • MIAMI, FLORIDA 33133 • TELEPHONE (305)858-5555 • TELEFAX 858-4777

10. The Concise Encyclopedia was written and assembled by its author, Weisstein. By a written agreement dated April 7, 1997 (the "Agreement"), Weisstein granted, transferred and assigned to CRC full and exclusive rights to the Concise Encyclopedia, including: ". . .the copyright in the [the Concise Encyclopedia], all revisions thereof, and the right to prepare translations and other derivative works based upon the Work in all forms and languages. . . [CRC's] exclusive rights include, without limitation, the right to reproduce, publish, sell and distribute copies of the [the Concise Encyclopedia], selections therefrom, . . . in print, audio-visual, electronic or by any and all media now or hereafter known or devised. . .". A copy of the Agreement is attached hereto as Exhibit "B".

11. Weisstein also agreed in the Agreement that, "so long as [the Concise Encyclopedia] remains in print, the Author will not participate in the preparation or publication, of or allow his/her name to be used in connection with, any work which might compete with or interfere with or impair sales of [the Concise Encyclopedia] or the exercise of any rights granted [CRC] hereunder."

12. Weisstein "expressly and irrevocably" agreed in ¶16(i) of the Agreement to the exclusive jurisdiction of state or federal courts sitting in Miami, Florida to any suit, action or proceeding arising out of or relating to the Agreement and agreed to the exclusive personal jurisdiction of any state or federal court sitting in Miami in connection with any such suit, action or proceeding.

13. Since its publication in December of 1998, the Concise Encyclopedia has been accepted as a distinctive compendium of mathematical information. Its acceptance as such has been confirmed by the substantial commercial success enjoyed by the Concise Encyclopedia.

14. WRI operates a website using the URL, inter alia, Mathematica.com. Beginning before 1999, WRI and CRC discussed possible business collaborations between the



ADORNO & ZEDER, P.A.
2601 SOUTH BAYSHORE DRIVE • SUITE 1600 • MIAMI, FLORIDA 33133 • TELEPHONE (305)858-5555 • TELEFAX 858-4777

companies. In the discussions, WRI made it clear that its highest priority was to obtain the right to put the Concise Encyclopedia on its website. WRI wished to put the Concise Encyclopedia on the Mathematica.com website in order to drive traffic to the site, where visitors would be exposed to advertisements for various products and activities, including consulting services, seminars, books, software, and "gifts and apparel".

15. Upon information and belief, both Wolfram and Weisstein were aware of the discussions between CRC and WRI.

16. Ultimately, CRC and WRI were unable to reach an agreement for WRI to make the Concise Encyclopedia available on the Mathematica.com website. CRC informed WRI that, despite any benefits that CRC would enjoy by reason of the publicity from the presence of the Concise Encyclopedia on the Mathematica.com website, CRC did not wish to permit it without receiving what is called hard consideration. In addition, even if an agreement were to be made, CRC told WRI that it required a further period of time to sell the book in hardcover and on CD-ROMs before making it available on the WRI website. In June of 1999, discussions between CRC and WRI regarding the posting of the Concise Encyclopedia on the Mathematica.com website ended without any agreement being reached.

**FIRST CAUSE OF ACTION**

17. WRI arranged with Weisstein to create a compendium of information called "Eric Weisstein's World of Mathematics", which is also known as MathWorld.

18. "Eric Weisstein's World of Mathematics" was created by WRI and Weisstein by copying the Concise Encyclopedia, revising it slightly, and renaming it.

19. Upon information and belief, Weisstein was and is being compensated for his involvement with and preparation of "Eric Weisstein's World of Mathematics".



ADORNO & ZEDER, P.A.
2601 SOUTH BAYSHORE DRIVE • SUITE 1600 • MIAMI, FLORIDA 33133 • TELEPHONE (305)858-5555 • TELEFAX 858-4777

20. At some point before January of 2000, "Eric Weisstein's World of Mathematics" was posted on the Mathematica.com website, where it continues to be available.

21. "Eric Weisstein's World of Mathematics" is trumpeted on the Mathematica.com website as having been developed by the team of WRI and Weisstein, who are jointly credited as holding the copyright in it from "1996-2000".

22. In or about January of 2000, CRC learned that Mathematica.com had posted "Eric Weisstein's World of Mathematics" on the Mathematica.com website. Upon reviewing it, CRC informed WRI that "Eric Weisstein's World of Mathematics" infringed CRC's copyright in the Concise Encyclopedia and requested that the infringement cease. WRI rejected CRC's request.

23. "Eric Weisstein's World of Mathematics" infringes CRC's copyright in the Concise Encyclopedia by copying the text and illustrations of numerous entries and substantially copying the Concise Encyclopedia's selection and arrangement of subjects to be included.

24. The defendants' infringement of CRC's copyright is particularly egregious because the Concise Encyclopedia is now posted on a commercial website prominent among the mathematics users who are the chief market for the Concise Encyclopedia, for the sole benefit of WRI, Weisstein and Wolfram.

25. By reason of the foregoing, defendants have willfully infringed CRC's copyright in the Concise Encyclopedia, and CRC has no adequate remedy at law.

## SECOND CAUSE OF ACTION

26. CRC repeats and realleges each and every allegation in paragraphs 1 through 25 as if fully set forth herein.

27. Upon information and belief, Wolfram knowingly induced, caused and contributed to the infringement of CRC's copyright in the Concise Encyclopedia.

28. By reason of the foregoing, Wolfram is liable for contributory infringement.



ADORNO & ZEDER, P.A.
2601 SOUTH BAYSHORE DRIVE • SUITE 1600 • MIAMI, FLORIDA 33133 • TELEPHONE (305)858-5555 • TELEFAX 858-4777

## THIRD CAUSE OF ACTION

29. CRC repeats and realleges each and every allegation in paragraphs 1 through 28 as if fully set forth herein.

30. Upon information and belief, Wolfram possesses a financial interest in WRI.

31. Upon information and belief, as the head of WRI, Wolfram possessed the right and ability to supervise WRI's conduct and could have prevented its infringement of CRC's copyright in the Concise Encyclopedia.

32. By reason of the foregoing, Wolfram is liable for vicarious copyright infringement.

## FOURTH CAUSE OF ACTION

33. CRC repeats and realleges each and every allegation in paragraphs 1 through 32 as if fully set forth herein.

34. Upon information and belief, WRI and Wolfram tortiously and knowingly interfered with CRC's contractual relations with Weisstein by inducing Weisstein to breach the Agreement.

35. Upon information and belief, WRI and Wolfram knew that Weisstein was contractually prohibited from competing with the Concise Encyclopedia and had assigned the copyright in the work to CRC.

36. But for WRI's and Wolfram's conduct, Weisstein would not have breached his obligations under the Agreement.

37. By the reason of the foregoing, CRC has been damaged in an amount to be determined at trial by WRI's and Wolfram's tortious conduct.



ADORNO & ZEDER, P.A.
2601 SOUTH BAYSHORE DRIVE • SUITE 1600 • MIAMI, FLORIDA 33133 • TELEPHONE (305)858-5555 • TELEFAX 858-4777

## FIFTH CAUSE OF ACTION

38. CRC repeats and realleges each and every allegation in paragraphs 1 through 37 as if fully set forth herein.

39. CRC has fulfilled its contractual obligations under the Agreement.

40. Weisstein has materially breached the Agreement by: participating in the preparation and publication of a work that competes with, or interferes and impairs with sales of the Concise Encyclopedia; and allowing his name to be used in connection with a work that competes with and interferes and impairs with sales of the Concise Encyclopedia.

41. By reason of the foregoing, CRC has been damaged in an amount to be determined at trial, but not less than the advance and all royalties earned by Weisstein under the Agreement.

WHEREFORE, CRC hereby demands judgment against defendants as follows:

1. On the First, Second and Third Causes of Action:

(a) directing defendants to remove "Eric Weisstein's World of Mathematics" from the Mathematica.com website;

(b) enjoining defendants and all persons acting on their behalf from infringing CRC's copyright in any manner, including by marketing, distributing, exhibiting or otherwise displaying, in any medium, "Eric Weisstein's World of Mathematics";

(c) directing defendants to deliver up for destruction to CRC all of existing copies of "Eric Weisstein's World of Mathematics," whether on paper or stored electronically, and all materials used in the making of such copies;

(d) directing that the defendants account to CRC for all of defendants' profits from the acts of infringement alleged herein;

(e) directing entry of judgment against defendants, jointly and severally, in the amount of CRC's damages or statutory damages, as CRC may elect before final judgment; and

(f) in the amount of CRC's costs, including attorney's fees.



ADORNO & ZEDER, P.A.
2601 SOUTH BAYSHORE DRIVE • SUITE 1600 • MIAMI, FLORIDA 33133 • TELEPHONE (305)858-5555 • TELEFAX 858-4777

2. On the Fourth Cause of Action:

(a) in an amount to be determined at trial; and

(b) in the amount of CRC's costs, including its attorney's fees,

3. On the Fifth Cause of Action, in an amount to be determined at trial, but not less than the amount of the advance and all royalties earned by Weisstein under the Agreement; and

4. Awarding to CRC such other and further relief as the Court may deem just and proper.

ADORNO & ZEDER, P.A.

Mitchell R. Bloomberg
Florida Bar No. 197289
Ellen M. Leibovitch
Florida Bar No. 656933
2601 South Bayshore Drive
Suite 1600
Miami, FL 33133
Tel: (305) 858-5555
Fax: (305) 858-4777

Of Counsel:

David Rabinowitz, Esq.
Philippe Zimmerman, Esq.
MOSES & SINGER LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 554-7800

Attorneys for Plaintiff, CRC Press, LLC

Dated: March 7, 2000

# CERTIFICATE OF REGISTRATION




This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 4-923-040

EFFECTIVE DATE OF REGISTRATION

Jan 13 1999
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
CRC Concise Encyclopedia of Mathematics

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** **a** NAME OF AUTHOR ▼
CRC PRESS LLC

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE WORK

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1998 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 12 Day ▶ / Year ▶ 98
USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
CRC PRESS LLC
2000 Corporate Blvd NW
Boca Raton, FL 33431

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED
JAN 13 1999
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
JAN 13 1999
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.




DO NOT WRITE HERE
Page 1 of 2 pages

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

VIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
s ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
This is the first published edition of a work previously registered in unpublished form.
This is the first application submitted by this author as copyright claimant.
This is a changed version of the work, as shown by space 6 on this application.
ur answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

RIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
reexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**7**

—space deleted—

**8**

PRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS A signature on this form at space 10 and a check in one the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically ndicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this plication in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords  b ☐ Copies Only  c ☐ Phonorecords Only

See instructions

**9**

EPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
ame ▼ Account Number ▼

ORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Carol Slater
2000 Corporate Blvd, NW
Boca Raton, FL 33431

Area Code and Telephone Number ▶ (561) 998-2554

Be sure to give your daytime phone ◀ number

**10**

ERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of CRC PRESS LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

yped or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Carol Slater  date ▶ 1/5/99

Handwritten signature (X) ▼
Carol Slater

**11**

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼ CRC PRESS LLC
Carol Slater 9640
Number/Street/Apartment Number ▼
2000 Corporate Blvd, NW
City/State/ZIP ▼
BOCA RATON, FL 33431

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 1993—120,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-581/60,50

**AUTHOR AGREEMENT**

THIS PUBLISHING AGREEMENT is made and entered into this 7th day of April, 1997, by and between Eric W. Weisstein (hereinafter referred to, whether one or more, and whether an author or an editor, as the "Author") and (CRC PRESS, ST. LUCIE PRESS, LEWIS PUBLISHERS) an imprint of CRC PRESS LLC, a limited liability company, having its principal place of business at 2000 Corporate Boulevard, N.W., Boca Raton, Florida 33431, U.S.A. (hereinafter referred to as the "Publisher").

The Publisher and the Author hereby agree as follows:

1. PREPARATION AND DELIVERY OF MANUSCRIPT.

(a) The Author shall write the textual material (hereinafter called the "Manuscript") and furnish all artwork and photographs (hereinafter called the "Illustrations"), and the subject index (hereinafter called the "Index") according to Schedule A, Standards for Publications, attached to this Agreement, for a work (hereinafter called the "Work") tentatively titled:

**CRC Concise Encyclopedia of Mathematics**
ISBN 0-8493-9640-9

or such other title as may be determined by the Publisher in consultation with the Author.

(b) The Work shall consist of approximately 1400 camera-ready manuscript pages and include approximately ~~600~~ 1200 camera-ready Illustrations to yield a completed work of approximately 1408 printed pages. In addition to the camera-ready copy, the Author will submit to the Publisher an electronic version of the text and a paper copy for Publisher's review, prepared in accordance with the Publisher's Instruction Guide for Authors, a copy of which will be delivered to the Author.

For the purposes of this Agreement, "camera-ready copy" shall be defined as a fully composed and paginated copy of the text and index with all illustrations, running heads, equations, and tabular matter properly prepared and placed, ready for direct photographic reproduction. Should the Author desire to submit such copy as a digital file ready for printing without further formatting on the part of the Publisher, the formatting and medium must be approved by the Publisher in advance, and an exact print out on paper must be submitted with the file. The Publisher shall provide reasonable guidance to the Author for the preparation of the camera-ready copy and shall examine it for quality of format and content. Following submission of the completed Manuscript, the Publisher shall make minor editing changes and corrections to the text at a cost of no more than two dollars ($2.00) per page to the Publisher. However, should it be necessary for the Publisher to undertake changes beyond two dollars ($2.00) per page in order to make the text camera-ready, as defined above, the costs of such changes shall be charged to the Royalty Account (as defined in Paragraph 6(b) below).

(c) The Author agrees to deliver the copies of the completed Work to the Publisher, on or before January 1, 1998. Time is of the essence. The Author shall retain at all times at least one (1) copy of the Manuscript, the Illustrations, and the Index.

(d) The Author will, with the delivery of the Manuscript and the Illustrations to the Publisher, identify all material in the Work, the copyright for which is owned by a person or entity other than the Author (including by any assistants employed or engaged by the Author). The Author shall obtain, without expense to the Publisher, from each owner of such copyrighted material, written permission to reproduce such copyrighted material in the Work and deliver a copy of each written permission to the Publisher with the completed Work. The Author shall

EXHIBIT B

(at the time the work is submitted) prepare a list setting forth the location in the Work of all material in the Work which requires permission and submit it to the Publisher along with all the written permissions on the list. Each permission which the Author is obligated to obtain under this Agreement must be as broad as with the rights obtained by the Publisher in the Work pursuant to this Agreement. The Publisher shall make available to the Author permission forms that have been approved by the Publisher, upon the Author's request. The Author shall also identify all material taken from documents prepared and published by the United States Government when it constitutes a significant portion of the Work, and therefore not subject to copyright. The review of such permissions by the Publisher shall not relieve the Author of his obligations under this paragraph.

2. MANUSCRIPT EDITING.

The Publisher may edit the Work in accordance with the Publisher's style of capitalization, punctuation, spelling, and usage.

3. AUTHOR'S CORRECTIONS.

The Author agrees to read, correct, and promptly return within thirty (30) days all proofs of the Work to the Publisher in accordance with the Publisher's specified schedule. Author alteration costs in excess of ten percent (10%) of the cost of the original composition, and any expenses incurred by the Publisher in the making of illustrations replacing those originally submitted with the Work, shall be charged to the Royalty Account. In the event that correction of proofs is not returned within thirty (30) days the Publisher shall have the right to publish the Work without the Author's approval.

4. PRODUCTION AND SALE.

The Publisher will, subject to the terms and conditions of this Agreement, publish the Work in a format and style that it deems appropriate, and: (i) except as provided in Paragraph 3 above, assume all costs of the Publisher's editing, proofreading, typesetting, lithography, engraving, printing, binding, packaging, and all other manufacturing processes, and (ii) pay all costs of promoting, advertising, and selling the Work, the extent of which shall be determined by the Publisher. The Publisher shall have the sole right to determine the price at which the Work will be sold and the manner in which it will be promoted, advertised and marketed.

5. COPYRIGHT.

The Author hereby expressly grants, transfers, and assigns to the Publisher full and exclusive rights to the Work, including, without limitation, the copyright in the Work, all revisions thereof, and the right to prepare translations and other derivative works based upon the Work in all forms and languages for the full term of copyright, and all renewals and extensions thereof, throughout the world. The Publisher's exclusive rights include, without limitation, the right to reproduce, publish, sell, and distribute copies of the Work, selections therefrom, and translations and other derivative Works based upon the Work, in print, audio-visual, electronic, or by any and all media now or hereafter known or devised, and the right to license or authorize others to do any or all of the foregoing throughout the world.

The Publisher will register copyright in the Work in the name of the Publisher in compliance with the United States Copyright Law. If the Publisher supplies artwork (including artwork for the cover of the Work), it may register copyright separately therein in a manner satisfactory to the Publisher.

visual, electronic, or by any and all media now or hereafter known or devised, and the right to license or authorize others to do any or all of the foregoing throughout the world.

The Publisher will register copyright in the Work in the name of the Publisher in compliance with the United States Copyright Law. If the Publisher supplies artwork (including artwork for the cover of the Work), it may register copyright separately therein in a manner satisfactory to the Publisher.

6. ROYALTIES.

(a) The Publisher agrees to pay the Author, and the Author shall accept as payment in full for writing and delivering the Manuscript, Illustrations, and the Index, for the performance of all of the obligations of the Author hereunder, and for all the rights granted to the Publisher pursuant to this Agreement, the following amounts:

(b) For copies of the English language editions of the Work sold by the Publisher in the United States of America , ten percent (10%) of the Publisher's net receipts (as defined below).

(c) On translations, licensing sales, electronic database sales, excerpts, abridgments, direct response sales, deep discount sales (sales at a discount of greater than fifty percent (50%) of the Publisher's established list price of the Work), and on all sales of copies of the Work outside the United States of America, the Publisher shall pay royalties at one half (½) the rate set forth in Paragraph 6(b) above in respect of the Publisher's net receipts. In the event the Work is included in an electronic database with other works, or is otherwise exploited in combination with other works, royalties shall be apportioned by Publisher in its sole discretion, exercised in good faith.

(d) In the event the Publisher exercises any of the rights of the Publisher pursuant to Paragraph 5 above and a royalty is not specifically provided for, the royalty which shall be payable to the Author shall be ten percent (10) as set forth in Paragraph 6(b) above in respect of the Publisher's net receipts.

(e) Notwithstanding the above, no royalty will be paid on copies of the Work furnished gratis for review, advertising, promotion, bonus, sample, or like purposes, or on copies of the Work sold at less than Publisher's cost, or on any copies returned to Publisher for any reason, or on copies of the Work sold to the Author. Free use of the rights granted herein may be made by the Publisher to promote the sale of copies of the Work and the rights therein. The Publisher may create a reasonable reserve for returns when calculating royalties.

(f) For purposes of this Agreement, the Publisher's "net receipts" from sales shall mean monies received by the Publisher from such sales, less (i) prepaid transportation, postage, insurance, taxes, and (ii) adjustments for discounts, credits, and returns; and Publisher's "net receipts" from licensing or assignment shall mean monies received by the Publisher less any specified costs of such licensing or assignment.

(g) All payments made under the terms of this Agreement will be subject to Federal income tax withholding, as required by the United States Internal Revenue Code.

(h) All royalties and other income accruing to the Author under this Agreement shall be credited to an account maintained on the records of the Publisher (the "Royalty Account"), which Royalty Account will be charged for all amounts paid or payable to Author, including any advance payments, and for all amounts Author is charged, or obligated to pay, pursuant to this Agreement.

(b) If any person comprising the Author has received an overpayment of money from the Publisher or has an outstanding monetary obligation to the Publisher, whether arising out of this Agreement or any other agreement with the Publisher, the Publisher may deduct the amount of such overpayment or outstanding obligation from the Royalty Account or any sums due to such person under this Agreement.

8. FREE AND DISCOUNT COPIES.

Upon first publication of the Work in book form, each Author named herein shall be entitled to receive from the Publisher, without charge, two (2) copies of the Work. The Author shall also be entitled to purchase additional copies of the Work for the Author's personal use at a discount of twenty-five percent (25%) off the suggested retail price of the Work, plus the cost of shipping and handling, while the Work remains in print. No royalties shall be paid on copies of the Work purchased by the Author.

9. AUTHOR'S WARRANTIES.

(a) The Author represents and warrants that: the Author has the full right and authority to enter into this Agreement and to grant the rights granted to the Publisher hereunder; the Author has not previously assigned, transferred, or otherwise encumbered such rights; and the Work shall be original with Author.

(b) The Author represents and warrants that: the Work will not infringe upon any statutory or common law copyright or violate any law or government regulation; the Work will contain no matter which will be libelous or otherwise injurious or in violation of any right of privacy or any other personal or proprietary right of any third party; the Work contains no material which to the best of the Author's knowledge and belief is inaccurate, or any statement, instruction, material, or formula that involves the foreseeable risk of injury to readers or users of the Work.

(c) Should any material be submitted for publication in the Work which in the opinion of the Publisher may result in a breach of any of the foregoing warranties, the Publisher shall have the right to publish the Work without such material or not to publish the Work at all. Nothing contained herein shall be deemed to impose upon the Publisher any duty of independent investigation, nor shall any independent investigation by the Publisher relieve the Author of the Author's obligations hereunder.

(d) The Author represents and warrants that, except as previously disclosed to the Publisher in writing, the Author has not aided in the preparation of and is not under any obligation to any other publisher or person to prepare any publication directly competitive with the Work, or which could interfere with his/her performance of this Agreement or interfere with or impair the sale of the Work.

(e) The Author and Publisher shall each promptly inform the other of any claim, demand or suit made against it in connection with the Work. The Author shall fully indemnify and hold the Publisher harmless against any loss, damage, cost, or expense (including reasonable counsel fees) which may be sustained or incurred by the Publisher by reason of any claim, demand, investigation, suit, or recovery arising out of the breach or alleged breach of any of the foregoing warranties.

(f) The Publisher shall have the right to defend any such suit through counsel of its own choice and the right to settle any such suit on such terms as the Publisher shall deem advisable; provided, however, that the Author shall not be responsible for indemnifying the Publisher for any settlement made without the Author's consent, which consent shall not be unreasonably withheld or delayed.

(g) In the event of a claim or suit against the Publisher which, if sustained, would constitute a breach of any of the Author's warranties, the Publisher shall have the right to withdraw the Work from distribution and withhold royalties which become due to the Author pursuant to this Agreement pending a final determination of such claim or suit. The Publisher shall have the right to apply any such withheld royalties to the reduction of any of the obligations of the Author to the Publisher contained in this Paragraph 9.

(h) Author's representations, warranties and indemnities as stated herein may be extended by Publisher to third party licenses and grantees and Author shall be liable thereon as if such representations, warranties and indemnities were originally made by Author to them.

(i) The provisions of this Paragraph 9 shall survive the termination of this Agreement.

10. OTHER PUBLICATIONS.

The Author agrees that so long as the Work remains in print, the Author will not participate in the preparation or publication of, or allow his/her name to be used in connection with, any work which might compete with or interfere with or impair sales of the Work or the exercise of any rights granted Publisher hereunder. The Author may, however, draw on and refer to material contained in the Work in preparing articles for publication in professional journals, for teaching purposes, and for delivery at professional meetings and symposia, provided appropriate credit is given to the Publisher and the Work.

11. DESIGNATION AS AUTHOR.

The Publisher shall have the right to designate the Author as the author of the Work, and, if the Author be more than one, in such manner and order as the Publisher may determine in its reasonable judgment fairly reflects their relative contributions to the Work, and to use the Author's name and likeness in advertising and promoting the Work and derivative works based on the Work, and other commercial use in connection with the Work. Where there is more than one author a single author shall be designated lead author for the purpose of dealing with the Publisher.

12. IMPRINT.

The Work will be published initially under the imprint of CRC Press LLC (Lewis Publishers, St. Lucie Press) or such other imprint as the Publisher deems suitable for the Work.

13. REVISIONS OR NEW EDITIONS.

(a) Subject to the terms and conditions hereof, if the Publisher determines that a revision or new edition of the Work is desirable, it shall request each person comprising the Author to participate in the preparation of the revision or new edition pursuant to a schedule established by the Publisher. Each person so requested to participate shall advise the Publisher in writing within ninety (90) days whether he or she will participate in the preparation of such revision or new edition.

(b) The Publisher may select a successor to any person comprising the Author to participate in the preparation of a revision or new edition, or may designate the remaining persons comprising the Author to complete such revision or new edition, under the following circumstances: (i) the death, incapacity, or inability of

any person comprising the Author to effectively participate in a timely manner pursuant to Publisher's schedule in the preparation of such revision or new edition; (ii) the failure of any person comprising the Author to advise the Publisher in writing within the specified ninety (90) day period that he or she can and will participate; (iii) the voluntary decision of any person comprising the Author that he or she will not participate; (iv) the failure or inability of any person comprising the Author to prepare the revision or new edition, or collaborate in its preparation, in a timely manner pursuant to the Publisher's schedule; or (v) where, in the Publisher's reasonable judgment, based upon the performance of any person comprising the Author, such person would not be or is not being effective in the preparation of such revision or new edition.

(c) Any royalties or other compensation payable to any successor of a person comprising the Author in respect of any revision or new edition of the Work shall be deducted from any royalties or other compensation which may be or become due to the person or persons comprising the Author who is or are succeeded. In the event any person comprising the Author does not participate in a revision or new edition of the Work, the Publisher shall have no obligation to request such person to participate in any subsequent revision or new edition of the Work, and the Author shall have no right to receive any royalty or other compensation from sales or other exploitation of any edition of the Work subsequent to the edition on which the Author did not participate.

(d) When publishing revisions or new editions, and in the promotion thereof, the Publisher may give credit to the Author and any successor of a person comprising the Author in such order and manner which, in the judgment of the Publisher, fairly reflects their relative contributions to such revision or new edition, and, if appropriate, in the reasonable judgment of the Publisher, omit the name or names of the person or persons comprising the Author who do not participate or collaborate in such revision or new edition.

(e) All terms and conditions of this Agreement applicable to the first edition of the Work, excluding any grants and advance payments, shall apply to each revision or new edition thereof, unless otherwise provided herein.

14. OUT-OF-PRINT PROVISIONS.

If at any time, the Publisher determines that the demand for the Work is insufficient to warrant its continued publication, the Publisher may declare the Work out of print. In such event, the Author shall have the right to purchase the Publisher's stock of the Work, if any, at one-quarter (¼) of the Publisher's established list price, but not below cost. The Work will not be deemed out of print if it is on sale by the Publisher in any form permitted hereunder, or if it is under option, or if any license granted by the Publisher is outstanding.

If the Publisher declares the Work out of print, then upon the Author's written demand, the rights granted by the Author under this Agreement will revert to the Author, subject to any outstanding licenses and this Agreement will terminate, subject to such outstanding licenses, and except for Paragraph 9. If there are multiple authors under this Agreement, they will take individual ownership, in proportion to their respective shares of the royalties under this Agreement, of all rights jointly owned by them at the time of termination. The termination of this Agreement will not affect the Publisher's continuing right to sell all remaining bound copies and sheets of the Work and derivative works on hand at the time of termination.

15. NON-DELIVERY OF THE WORK.

(a) The Author agrees to keep the Publisher informed of any condition or circumstance preventing the Author from delivering the materials described in, and in accordance with the provisions of, Paragraph 1 of this Agreement. In such event, or if the Author for any reason fails to deliver to the Publisher any of the

materials as set forth in Paragraph 1 of this Agreement in form and content satisfactory to the Publisher by agreed upon dates, the Publisher shall have the right, upon thirty (30) days written notice to the Author, to terminate this Agreement, without any further obligation or liability to the Author (except as provided in Paragraph 15(b) below), or to engage a person or persons to provide, complete, or revise the late or unacceptable material and to charge the cost thereof (including, without limitation, compensation payable to other authors) against any sums accruing to the Author under this Agreement. The Publisher may also give appropriate credit to such other contributors to the Work.

(b) In the event that this Agreement is terminated by the Publisher pursuant to Paragraph 15(a), the Author shall return to the Publisher all payments, if any, theretofore made to the Author hereunder within one hundred and twenty (120) days of the date of termination of this Agreement, and the Publisher shall return all unpublished materials to the Author. Upon the return of any materials to the Author, or upon such termination if the Publisher has no obligation to return any materials, the parties hereto shall be released and discharged from any and all claims which either may have against the other relating to the Work, except that the Publisher does not release the Author from the Author's obligation to return to the Publisher all payments, if any, made to the Author under this Agreement. The provisions of this Paragraph 15 shall, at the option of the Publisher, apply separately to each individual comprising the Author (if there be more than one), and shall, in any event, survive the termination of this Agreement.

16. GENERAL PROVISIONS.

(a) This Agreement is the entire agreement between the parties relating to the Work. It supersedes all previous oral or written representations or agreements relating to the Work and may not be modified or amended, nor may any of its terms or provisions be waived, except by a written instrument executed by the party affected by such modification, amendment, or waiver.

(b) All obligations, liabilities, warranties, and covenants of the Author pursuant to this Agreement shall be joint and several, so that each person comprising the Author shall be obligated with respect to the performance of the Author as if he/she were the sole Author.

(c) This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors, heirs, personal representatives, and assigns, except that the Author's obligations may not be assigned without the Publisher's prior written consent, and any assignment without such consent shall be null and void.

(d) The Author shall, at the Publisher's cost and expense, but without any additional compensation, execute and deliver to the Publisher such further documents and instruments as the Publisher may reasonably require to carry out the transactions contemplated by this Agreement.

(e) It is agreed that the Author is for all purposes of this Agreement an independent contractor, and the Author is in no respect an agent, employee or joint venture of Publisher. The Author shall have the privilege of engaging, at the Author's own expense, such assistants as the Author may desire. Assistants shall be employed by the Author only for the Author's own account, and in no event shall any assistant or assistants be deemed to have been employed by the Publisher, or engaged by the Author for the account or on behalf of the Publisher; provided, however, that the Author shall disclose in writing to the Publisher all work of such assistants.

(f) Neither the Author nor the Publisher shall be liable, nor shall the Work be deemed out of print, because of any delay caused by acts of God, restrictions imposed by law or government regulation, shortages in supply of material or labor necessary for the preparation or production of the Work, or other similar or dissimilar acts beyond their reasonable control. In no event shall either the Author or the Publisher be liable for special, incidental, or consequential damages.

(g) The waiver of, or the failure to claim, a breach or a default under any of the provisions of this Agreement shall not be, or deemed to be, a waiver of any subsequent breach or default, whether of the same or similar nature, and shall not in any way affect the other terms of this Agreement.

(h) This Agreement, regardless of the place of its physical execution, shall in all respects be governed by and construed in accordance with the internal law, and not the law pertaining to conflicts or choice of law, of the State of Florida.

(i) Each of the parties to this Agreement hereby expressly and irrevocably agrees and consents that any suit, action, or proceeding arising out of or relating to this Agreement shall be instituted exclusively and only on a state or federal court sitting in Miami, Florida, and, by execution of this Agreement, each of the parties hereto expressly waives any objection that it may have now or hereafter to the laying of venue or to the jurisdiction of any such suit, action, or proceeding in Miami, Florida, and each of the parties to this Agreement further irrevocably, exclusively, and unconditionally submits to the personal jurisdiction of any state or federal court sitting in Miami, Florida in connection with any such suit, action or proceeding.

17. SPECIAL PROVISIONS

(a) A camera ready manuscript grant in the amount of $4000 will be payable upon the authors submission and publishers acceptance of the complete and final camera ready manuscript.

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement the 30 day of April, 1997.

AUTHOR: [signature]

Social Security No.: 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 Place of Birth: Bloomington, IN

Business Address: Dept. of Astronomy; P.O. Box 3818; Charlottesville, VA 22903 Telephone No.: 804-924-4899 FAX No.: 804-924-3104

E-Mail: ewwbn@virginia.edu

Permanent Domicile: 103 B Summit St.; Charlottesville, VA 22903 Telephone No.: 804-296-5464

Date: 4/15/97 Citizenship: USA

PUBLISHER: [signature] Title of Company Officer: ____________

Date: 4-29-97

PRESIDENT: [signature]

Date: 4/30/97

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of Clerk of Court for the purpose of initiating the civil dockett sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM)

**I (a) PLAINTIFF**

CRC PRESS, LLC

**DEFENDANTS**

WOLFRAM RESEARCH, INC., STEPHEN WOLFRAM and ERIC WEISSTEIN

CIV-GRAHAM

MAGISTRATE JUDGE TURNOFF

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Miami-Dade (EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)

Ellen M. Leibovitch
Adorno & Zeder
2601 South Bayshore Drive - #1600
(305) 858-5555

ATTORNEYS (IF KNOWN)

FILED BY [illegible] D.C.
00 MAR -7 PM 2:49
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
(DADE), MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X ON ONE BOX ONLY)

- ❑1 U.S. Government Plaintiff
- ❑3 Federal Question (U.S. Government Not a Party)
- ❑2 U.S. Government Defendant
- ❑4 Diversity (Indicate Citizenship of Parties in item III)

A: Dade 1:00CV893 DLG/WCT

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❑1 | ❑1 | Incorporated or Principal Place of Business in This State | ❑4 | ❑4 |
| Citizen of Another State | ❑2 | ❑2 | Incorporated and Principal Place of Business in Another State | ❑5 | ❑5 |
| Citizen or Subject of a Foreign Country | ❑3 | ❑3 | Foreign Nation | ❑6 | ❑6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE) (DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY) Warsaw Convention Case. Claimed non-delivery or mis-delivery of goods (mail). Removal authorized by 28 U.S.C. §1441(b).

Copyright Infrigement 17 U.S.C. Sections 101 et seq.

**IVa.** 4 days estimated (for both sides) to try entire case.

**V. NATURE OF SUIT** PLACE AN X IN ONE BOX ONLY)

**A. CONTRACT**
- ❑110 InsUrance
- ❑120 Marine
- ❑130 Miller Act
- ❑140 Negotiable Instrument
- ❑150 Recovery of Overpayent & Enforcement of Judgment
- ❑151 Medicare Act
- B. ❑152 Recovery of Defaulted Student Loans (Excl. Veterans)
- B. ❑153 Recovery of Overpayment of Veteran's Benefits
- ❑160 Stockholders Suits
- ❑190 Other Contract
- ❑195 Contract Product Liability

**A. TORTS**

PERSONAL INJURY
- ❑310 Airplane
- ❑315 Airplane Product Liability
- ❑320 Assault, Libel & Slander
- ❑330 Federal Employers Liability
- ❑340 Marine
- ❑345 Marine Product Liability
- ❑350 Motor Vehicle
- ❑355 Motor Vehicle Product Liability
- ❑ 360 Other Personal Injury

PERSONAL INJURY
- ❑362 Personal Injury-Med Malpractice
- ❑365 Personal Injury-Product Liability
- ❑368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ❑370 Other Fraud
- B. ❑371 Truth in Lending
- ❑380 Other Personal Property Damage
- ❑386 Property Damage Product Liability

**B. FORFEITURE/PENALTY**
- ❑610 Agriculture
- ❑620 Other Food & Drug
- ❑625 Drug Related Seizure of Property 21 USC 861
- ❑630 Liquor Laws
- ❑640 RR & Truck
- ❑650 Airline Regs
- ❑660 Occupational Safety Health

**A. LABOR**
- ❑710 Fair Labor Standards Act
- B ❑720 Labor Mgmt Relations
- ❑730 Labor/Mgmt Reporting& Disclosure Act
- ❑740 Refinery Labor Act
- ❑790 Other Labor Legislation
- B. X791 Empl. Ret. Inc. Security Act

**A. BANKRUPTCY**
- ❑422 Appeal 28 USC 158
- ❑423 Withdrawal 28 USC 157

**A. PROPERTY RIGHTS**
- ❑820 Copyrights
- ❑830 Patent
- ❑840 Trademark

**B. SOCIAL SECURITY**
- ❑861 HIA (13958)
- ❑862 Black Lung (923)
- ❑863 DIWC/DIWW (406(g))
- ❑864 IOTitle XVI
- ❑865 RSI (406(g))

**A. FEDERAL TAX SUITS**
- ❑870 Taxes (US Plaintiff) or Defendant)
- ❑871 IRS-Third Party 28 USC 7808

**A. OTHER STATUTES**
- ❑ 400 State Reapportionment
- ❑410 Antitrust
- ❑430 Banks and Banking
- B❑450 Commercial ICC Rates/etc.
- ❑460 Deportation
- ❑470 Racketeer Influenced and Corrupt Organizations
- ❑810 Selective Service
- ❑850 Securities Commodities Exchange
- ❑875 Consumer Challenge USC3410
- ❑891 Agriculture Acts
- ❑892 Economic Stabilization Act
- ❑893 Environmental Matters
- ❑894 Energy Allocation Act
- ❑896 Freedom of Information Act
- ❑900 Appeal of Fee Determination Under Equal Access to Justice
- ❑950 Constitutionality of State Statutes

**A. REAL PROPERTY**
- ❑210 Land Condemnation
- B. ❑220 Foreclosure
- ❑230 Rent, Lease & Ejectment
- ❑240 Torts to Land
- ❑245 Tort Product Liability
- ❑290 All Other Real Property

**A. CIVIL RIGHTS**
- ❑441 Voting
- ❑442 Employment
- ❑443 Housing/ Accomodations
- ❑444 Welfare
- ❑440 Other Civil Rights

**B. PRISONER PETITIONS**
- ❑510 Motions to Vacate Sentence Habeus Corpus
- ❑530 General
- ❑536 Death Penalty
- ❑40 Mandumus & Other
- ❑560 Civil Rights

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

X1 Original Jurisdiction ❑2 Removed from State Court ❑3 Remanded from Appellate Court ❑4 Refiled ❑5 Transferred from another district (specify) ❑6 Multidistrict Litigation ❑7 Apeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A **CLASS ACTION** ❑ UNDER F.R.C.P. 23 **DEMAND**

Check YES only if demanded in complaint: **JURY DEMAND:** ❑ YES X NO

**VIII. RELATED CASE(S)** (See instructions): IF ANY NONE JUDGE________ DOCKET NUMBER________

DATE March 7, 2000 SIGNATURE OF ATTORNEY OF RECORD [signature]

UNITED STATES DISTRICT COURT FOR OFFICE USE ONLY RECEIPT NO ________ AMOUNT ________

$150.00
818026
03/07/00