UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-893-CIV-GRAHAM/TURNOFF

CRC PRESS, LLC,

    Plaintiff,

v.

WOLFRAM RESEARCH, INC., STEPHEN
WOLFRAM and ERIC WEISSTEIN,

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff CRC Press LLC ("CRC Press"), pursuant to Rule 65 of the Federal Rules of Civil Procedure and S.D. Fla. L.R. 7.1, moves for the entry of a preliminary injunction against Defendants Wolfram Research Inc., Stephen Wolfram and Eric Weisstein and as good cause therefore states:

1.    As set forth in detail in its supporting memorandum of law and affidavits filed herewith, CRC Press seeks a preliminary injunction restraining and enjoining defendants Wolfram Research, Inc., Stephen Wolfram, and Eric Weisstein (together, "defendants") from continuing their infringement of CRC Press's copyright in "CRC's Concise Encyclopedia of Mathematics" (the "Encyclopedia") by maintaining on the Internet web site of Wolfram Research an infringing work called "MathWorld".

2.    A preliminary injunction is necessary because (1) the maintenance of MathWorld on the Wolfram Research web site violates CRC Press's exclusive rights to copy, distribute and display the Encyclopedia, (2) defendants' continued operation of the web site displaying the

NON-COMPLIANCE OF S.D. Fla. L.R. 7.1A4

infringing version of the Encyclopedia is causing immediate and irreparable harm to CRC Press, (3) defendants will suffer no harm from the this injunction other than the loss of their profits attributable to the continuing infringement, and (4) the injunction will serve the public interest in protecting copyrights.

3.  Despite requests by CRC Press to take the infringing material off the web site, defendants continue to maintain it on their web site in violation of the copyright law.

4.  Defendants' actions are causing immediate and irreparable injury and loss to CRC Press as more fully set forth in CRC Press's complaint, and its memorandum of law and affidavits filed in support of this motion.

WHEREFORE, plaintiff, CRC Press, requests that this Court grant CRC Press a preliminary injunction enjoining defendants from continuing to violate CRC Press's copyright in the Encyclopedia.

Dated: March 31, 2000
New York, New York

ADORNO & ZEDER, P.A.

_____
Mitchell R. Bloomberg
Florida Bar No. 197289
Ellen M. Leibovitch
Florida Bar No. 656933
2601 South Bayshore Drive
Suite 1600
Miami, FL 33133
Tel: (305) 858-5555
Fax: (305) 858-4777

Of Counsel:

David Rabinowitz, Esq.
Noeleen G. Walder, Esq.
Philippe Zimmerman, Esq.
MOSES & SINGER LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 554-7800

Attorneys for Plaintiff, CRC Press, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by hand delivered on this 31 day of March, 2000 upon:

Janet T. Munn, Esq.
Steel Hector & Davis LLP
200 South Biscayne Blvd.
Suite 4000
Miami, Florida 33131

and was served by mail this 31 day of March, 2000 on:

Bradford P. Lyerla
Ryndak & Lyerla
30 North LaSalle Street, Suite 2630
Chicago, Illinois 60602

_____

14636.001/279694

MRB/L.PLDGS/279751/14636.001