UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-00893-CIV-GRAHAM/TURNOFF

CRC PRESS, LLC,

    Plaintiff,

vs.

WOLFRAM RESEARCH, INC., STEPHEN
WOLFRAM and ERIC WEISSTEIN

    Defendants.
_____/



FILED by _____ D.C.
APR 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON AGREED MOTION OF DEFENDANT, ERIC WEISSTEIN, FOR A BRIEF ADDITIONAL ENLARGEMENT OF TIME TO SERVE A PLEADING OR MOTION WITH RESPECT TO THE COMPLAINT

**THIS CAUSE** came before the Court on the Agreed Motion of Defendant, Eric Weisstein ("Weisstein"), for a Brief Additional Enlargement of Time to Serve a Pleading or Motion with Respect to the Complaint, through and including April 12, 2000. The Court having considered the Motion and otherwise being duly advised herein, it is hereby

**ORDERED AND ADJUDGED** that the Motion is GRANTED. Weisstein shall have through and including April 12, 2000, to serve a pleading or motion with respect to

CASE NO. 00-00893-CIV-GRAHAM/TURNOFF

Plaintiff's Complaint. This Order is without prejudice to the rights of Weisstein to raise any claim or defense to Plaintiff's Complaint.

**DONE AND ORDERED** in Chambers at Miami, Florida this 10th day of April, 2000.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT COURT

Conformed Copies To:
Janet T. Munn, Esq.
Bradford Lyerla, Esq.
Ellen M. Leibovitch, Esq.
David Rabinowitz, Esq.