UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-00893-CIV-GRAHAM/TURNOFF

CRC PRESS, LLC,

      Plaintiff,

vs.

WOLFRAM RESEARCH, INC., STEPHEN
WOLFRAM and ERIC WEISSTEIN

      Defendants.

_____/

## ANSWER AND AFFIRMATIVE DEFENSES
## OF DEFENDANT, WOLFRAM RESEARCH, INC., TO PLAINTIFF'S COMPLAINT

Defendant, WOLFRAM RESEARCH, INC. ("WRI"), hereby files its Answer and

Affirmative Defenses ("Answer") to the Complaint of Plaintiff, CRC PRESS, LLC ("Plaintiff").

### ANSWER

1.     WRI admits Plaintiff has brought an action against WRI and others in which

Plaintiff attempts to allege various claims, but denies that Plaintiff is entitled to any relief.

### THE PARTIES

2.     WRI is without knowledge or information sufficient to form a belief as to the truth

of the  allegations of Paragraph 2 of the Complaint.

3.     WRI admits that it develops and sells software, that it is incorporated in the State

of Delaware and has its principal place of business in Champaign, Illinois.  The remaining

allegations of Paragraph 3 of the Complaint are denied.

4.     WRI admits that Stephen Wolfram ("Wolfram") is the President and CEO of WRI.

The remaining allegations of Paragraph 4 of the Complaint are denied.



CASE NO. 00-00893-CIV-GRAHAM/TURNOFF

5.      WRI admits that Weisstein is an employee of WRI.  WRI is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 5 of the Complaint.

## JURISDICTION AND VENUE

6.      Paragraph 6 of the Complaint contains legal conclusions that WRI is not required to admit or deny; otherwise, the allegations of Paragraph 6 of the Complaint are denied.

7.      Paragraph 7 of the Complaint contains legal conclusions that WRI is not required to admit or deny; otherwise, the allegations of Paragraph 7 of the Complaint are denied.

## THE FACTS

8.      WRI is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 8 of the Complaint.

9.      The allegations of Paragraph 9 of the Complaint contain legal conclusions that WRI is not required to admit or deny; otherwise, the allegations of Paragraph 9 of the Complaint are denied.

10.     WRI is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 10 of the Complaint.

11.     WRI is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 11 of the Complaint.

12.     WRI is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 12 of the Complaint.

2

CASE NO. 00-00893-CIV-GRAHAM/TURNOFF

13.     The allegations of Paragraph 13 of the Complaint are argumentative and WRI is not required to respond to the allegations; otherwise, the allegations of Paragraph 13 of the Complaint are denied.

14.     WRI admits that it operates several websites, and that the URL Mathematica.com redirects the user to Wolfram.com.  WRI further admits that WRI and CRC discussed a possible business collaboration between WRI and CRC.  Further answering, WRI states that it has had numerous collaborations with CRC in the past.  The remaining allegations of Paragraph 14 are denied.

15.     WRI admits that Wolfram knew that discussions occurred between CRC and WRI.  WRI is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 15 of the Complaint.

16.     The allegations of Paragraph 16 of the Complaint are denied.

### FIRST CAUSE OF ACTION - COPYRIGHT INFRINGEMENT
### (AGAINST DEFENDANTS, WRI, WOLFRAM AND WEISSTEIN)

17.     The allegations of Paragraph 17 of the Complaint are denied.

18.     The allegations of Paragraph 18 of the Complaint are denied.

19.     The allegations of Paragraph 19 of the Complaint are denied as stated.  Weisstein is paid a salary by WRI for performing duties at WRI which include his work on "Eric Weisstein's World of Mathematics."

20.     The allegations of Paragraph 20 of the Complaint are denied.

3

CASE NO. 00-00893-CIV-GRAHAM/TURNOFF

21.     The allegations of Paragraph 21 of the Complaint are argumentative and WRI is not required to respond to the allegations; otherwise, the allegations of Paragraph 21 of the Complaint are denied.

22.     WRI is without knowledge or information sufficient to form a belief as to the truth of Plaintiff's possession of information regarding Mathematica.com or "Eric Weisstein's World of Mathematics." The remaining allegations of paragraph 22 of the Complaint are argumentative and WRI is not required to respond to the allegations; otherwise, the allegations of Paragraph 22 of the Complaint are denied.

23.     The allegations of Paragraph 23 of the Complaint are denied.

24.     The allegations of Paragraph 24 of the Complaint are denied.

25.     The allegations of Paragraph 25 of the Complaint are denied.

## SECOND CAUSE OF ACTION - CONTRIBUTORY COPYRIGHT INFRINGEMENT
## (AGAINST DEFENDANT WOLFRAM)

26.     The allegations of Paragraph 26 of the Complaint are not brought against WRI and WRI is not required to respond to the allegations; otherwise, the allegations of Paragraph 26 of the Complaint are denied.

27.     The allegations of Paragraph 27 of the Complaint are not brought against WRI and WRI is not required to respond to the allegations; otherwise, the allegations of Paragraph 27 of the Complaint are denied.

28.     The allegations of Paragraph 28 of the Complaint are not brought against WRI and WRI is not required to respond to the allegations; otherwise, the allegations of Paragraph 28 of the Complaint are denied.

4

CASE NO. 00-00893-CIV-GRAHAM/TURNOFF

## THIRD CAUSE OF ACTION - VICARIOUS COPYRIGHT INFRINGEMENT
### (AGAINST DEFENDANT WOLFRAM)

29.     The allegations of Paragraph 29 of the Complaint are not brought against WRI and WRI is not required to respond to the allegations; otherwise, the allegations of Paragraph 29 of the Complaint are denied.

30.     The allegations of Paragraph 30 of the Complaint are not brought against WRI and WRI is not required to respond to the allegations; otherwise, the allegations of Paragraph 30 of the Complaint are denied.

31.     The allegations of Paragraph 31 of the Complaint are not brought against WRI and WRI is not required to respond to the allegations; otherwise, the allegations of Paragraph 31 of the Complaint are denied.

32.     The allegations of Paragraph 32 of the Complaint are not brought against WRI and WRI is not required to respond to the allegations; otherwise, the allegations of Paragraph 32 of the Complaint are denied.

## FOURTH CAUSE OF ACTION - TORTIOUS INTERFERENCE
### (AGAINST DEFENDANTS, WRI AND WOLFRAM)

33.     WRI repeats and realleges its answers to Paragraphs 1 through 32 of the Complaint as though fully alleged herein.

34.     The allegations of Paragraph 34 of the Complaint are denied.

35.     The allegations of Paragraph 35 of the Complaint contain legal conclusions that WRI is not required to respond to; otherwise, the allegations of Paragraph 35 of the Complaint are denied.

5

CASE NO. 00-00893-CIV-GRAHAM/TURNOFF

36.     The allegations of Paragraph 36 of the Complaint contain legal conclusions that WRI is not required to respond to; otherwise, the allegations of Paragraph 36 of the Complaint are denied.

37.     The allegations of Paragraph 37 of the Complaint contain legal conclusions that WRI is not required to respond to; otherwise, the allegations of Paragraph 37 of the Complaint are denied.

## FIFTH CAUSE OF ACTION - BREACH OF CONTRACT
### (AGAINST DEFENDANT WEISSTEIN)

38.     The allegations of Paragraph 38 of the Complaint contain legal conclusions that WRI is not required to respond to; otherwise, the allegations of Paragraph 38 of the Complaint are denied.

39.     The allegations of Paragraph 39 of the Complaint contain legal conclusions that WRI is not required to respond to; otherwise, the allegations of Paragraph 39 of the Complaint are denied.

40.     The allegations of Paragraph 40 of the Complaint contain legal conclusions that WRI is not required to respond to; otherwise, the allegations of Paragraph 40 of the Complaint are denied.

41.     The allegations of Paragraph 41 of the Complaint contain legal conclusions that WRI is not required to respond to; otherwise, the allegations of Paragraph 41 of the Complaint are denied.

42.     Any allegation of the Complaint not specifically admitted is denied.

6

CASE NO. 00-00893-CIV-GRAHAM/TURNOFF

## DEFENSES

43.     Plaintiff has failed to state any claim for relief.

44.     To the extent that WRI has used any materials protected by a copyright held by CRC, which WRI denies, such use constitutes fair use under the copyright laws.

45.     Plaintiff's claims are barred by waiver, laches, and/or estoppel because Plaintiff, through its words and conduct, made representations that WRI reasonably relied upon to its detriment.

46.     Plaintiff's claims are barred by license.

47.     Plaintiff and Weisstein were operating under a mutual mistake of fact when they entered in the Author Agreement.

48.     Plaintiff's claims are barred by fraud and/or negligent misrepresentation.

49.     The contract is void or voidable for being in violation of public policy.

50.     The Author Agreement was not properly executed and, therefore, the Author Agreement is unenforceable.

WHEREFORE, WRI respectfully requests dismissal of the action; the entry of judgment in its favor; an award of attorneys' fees and costs pursuant to 17 U.S.C. § 505; costs pursuant to 28 U.S.C. § 1920 or any other applicable statute; and such other and further relief as the Court deems just or necessary.

7

CASE NO. 00-00893-CIV-GRAHAM/TURNOFF

## DEMAND FOR JURY TRIAL

WRI hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

STEEL HECTOR & DAVIS LLP
Attorneys for Defendant Eric Weisstein
200 South Biscayne Boulevard, Suite 4000
Miami, Florida 33131
Telephone:     (305) 577-2864
Telecopy:      (305) 577-7001
E-mail:        jmunn@steelhector.com

### AND

Bradford Lyerla, Esq.
RYNDAK & LYERLA
30 North LaSalle Street, Suite 2630
Chicago, Illinois 60602
Telephone:     (312) 214-7770
Telecopy:      (312) 214-7715
E-mail:        lyerla@ryly.com

By: _Janet J. Munn_

Janet T. Munn
STEEL HECTOR & DAVIS LLP
Florida Bar No. 501281

8

CASE NO. 00-00893-CIV-GRAHAM/TURNOFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. mail this 12ᵗʰ day of April, 2000 to: **ELLEN M. LEIBOVITCH, ESQ.,** Attorneys for Plaintiff. Adorno & Zeder, P.A., 2601 South Bayshore Drive, Suite 1600, Miami, Florida 33133 **AND**

**DAVID RABINOWITZ, ESQ.,** Moses & Singer LLP, 1301 Avenue of the Americas, New York, New York 10019.

By: _____
Janet T. Munn

MIA_1998/574007-1

9